**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | |
|---|---|
| **CELLULARVISION TECHNOLOGY & TELECOMMUNICATIONS, L.P.,** a Deleware Limited Partnership | **PLAINTIFF** |
| VS.   No. **4:07CV00444** | |
| **ALLTEL CORPORATION,** a Deleware Corporation, **ALLTEL COMMUNICATIONS, INC.,** a Deleware Corporation, and **ALLTEL WIRELESS HOLDINGS, LLC,** a Deleware Limited Liability Company | **DEFENDANTS** |

## ORDER

After consideration of the motions to admit counsel John G. Flaim and William D. McSpadden *pro hac vice*, and it appearing to the Court that Mr. Flaim and Mr. McSpadden meet the admission requirements to appear in this Court and for good cause shown;

IT IS HEREBY ORDERED that said motions, docket #'s 13 and 14, should be, and hereby are, GRANTED.

SIGNED this 4th day of June, 2007.

_____
James M. Moody
United States District Judge