IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CELLULARVISION TECHNOLOGY &
TELECOMMUNICATIONS, L.P., a
Deleware Limited Partnership                                            PLAINTIFF

VS.                              No.  4:07CV00444

ALLTEL CORPORATION, a Deleware
Corporation, ALLTEL
COMMUNICATIONS, INC., a Deleware
Corporation, and ALLTEL WIRELESS
HOLDINGS, LLC, a Deleware Limited
Liability Company                                                        DEFENDANTS

## ORDER

After consideration of the motion to admit counsel Clayton E. Bailey *pro hac vice*, and it appearing to the Court that Mr. Bailey meets the admission requirements to appear in this Court and for good cause shown;

IT IS HEREBY ORDERED that said motion, docket #24, should be, and hereby is, GRANTED.

SIGNED this 22nd day of August, 2007.

_____
James M. Moody
United States District Judge