**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

CELLULARVISION TECHNOLOGY &
TELECOMMUNICATIONS, L.P., a
Deleware Limited Partnership                                         **PLAINTIFF**

VS.                                         No.  **4:07CV00444**

ALLTEL CORPORATION, a Deleware
Corporation, ALLTEL
COMMUNICATIONS, INC., a Deleware
Corporation, and ALLTEL WIRELESS
HOLDINGS, LLC, a Deleware Limited
Liability Company                                                    **DEFENDANTS**

## ORDER

After consideration of the motion to admit counsel Neil G. J. Mothew *pro hac vice*, and it appearing to the Court that Mr. Mothew meets the admission requirements to appear in this Court and for good cause shown;

IT IS HEREBY ORDERED that said motion, docket #52, should be, and hereby is, GRANTED.

SIGNED this 7th day of November, 2007.

_____
James M. Moody
United States District Judge