**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**CELLULARVISION TECHNOLOGY &
TELECOMMUNICATIONS, L.P., a
Deleware Limited Partnership**                                                         **PLAINTIFF**

**VS.**                                          **No. 4:07CV00444**

**ALLTEL CORPORATION, a Deleware
Corporation, ALLTEL
COMMUNICATIONS, INC., a Deleware
Corporation, and ALLTEL WIRELESS
HOLDINGS, LLC, a Deleware Limited
Liability Company**                                                                     **DEFENDANTS**

## ORDER

      This Court, having considered Plaintiff's unopposed motion to dismiss the claims associated with U.S. Patent No. 5,949,793 from this lawsuit, docket # 61, hereby grants Plaintiff's motion and dismisses all claims and counterclaims related to U.S. Patent No. 5,949,793 from this lawsuit, with prejudice.  This order of dismissal shall not preclude the Defendants from seeking to recover their attorneys' fees and/or costs and expenses associated with defending against any and all claims filed by Cellularvision Technology & Telecommunications, L.P. in this litigation.

      IT IS SO ORDERED this 26th day of November, 2007.

_____
James M. Moody
United States District Judge