**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | |
|---|---|
| **CELLULARVISION TECHNOLOGY & TELECOMMUNICATIONS, L.P.,** a Deleware Limited Partnership | **PLAINTIFF** |
| VS.   No. **4:07CV00444** | |
| **ALLTEL CORPORATION,** a Deleware Corporation, **ALLTEL COMMUNICATIONS, INC.,** a Deleware Corporation, and **ALLTEL WIRELESS HOLDINGS, LLC,** a Deleware Limited Liability Company | **DEFENDANTS** |

## ORDER

Pending is Plaintiff's motion to dismiss, or in the alternative, motion for a more definite statement as to Defendants' first amended answer to Plaintiff's second amended complaint and original counterclaims. (Docket # 43). Defendants have responded and Plaintiff has filed a reply. The Court has considered the pleadings and reviewed the papers at issue. The Court finds that the Defendants' first amended answer and original counterclaims sufficiently satisfies the rules governing pleadings. Accordingly, Plaintiff's motion is denied.

IT IS SO ORDERED this 5th day of December, 2007.

_____
James M. Moody
United States District Judge