**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**CELLULARVISION TECHNOLOGY &
TELECOMMUNICATIONS, L.P., a
Deleware Limited Partnership**                                            **PLAINTIFF**

**VS.**                                          No.  **4:07CV00444**

**ALLTEL CORPORATION, a Deleware
Corporation, ALLTEL
COMMUNICATIONS, INC., a Deleware
Corporation, and ALLTEL WIRELESS
HOLDINGS, LLC, a Deleware Limited
Liability Company**                                                       **DEFENDANTS**

<u>**ORDER**</u>

Pending is Plaintiff's motion *in limine* seeking to preclude any reference to the European

Patent Office decision.  (Docket # 113).  Defendants have responded.  For good cause shown,

Plaintiff's motion is GRANTED.  The Court finds that any testimony or evidence relating to the

European Patent proceedings and decision could confuse the jury as the proceedings were

conducted pursuant to different laws and procedures, would suggest the decision the jury should

reach and any probative value of the evidence is outweighed by the prejudicial effect.

Accordingly, any evidence relating to the European Patent proceedings or decision is hereby

precluded from evidence in this case.

IT IS SO ORDERED this 21st day of  July, 2008.



_____
James M. Moody
United States District Judge