IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CELLULARVISION TECHNOLOGY &
TELECOMMUNICATIONS, L.P., a
Delaware Limited Partnership                                        PLAINTIFF

VS.                             No. 4:07CV00444

ALLTEL CORPORATION, a Delaware
Corporation, ALLTEL
COMMUNICATIONS, INC., a Delaware
Corporation, and ALLTEL WIRELESS
HOLDINGS, LLC, a Delaware Limited
Liability Company                                                   DEFENDANTS

## ORDER

Pending is Defendants' motion *in limine* to exclude Plaintiff from arguing or presenting evidence of infringement based on the doctrine of equivalents. (Docket # 137). Plaintiff has elected not to pursue a doctrine of equivalents claim at trial. Accordingly, Defendants' motion is denied as moot.

IT IS SO ORDERED this 23rd day of July, 2008.

_____
James M. Moody
United States District Judge