FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 1 5 2008

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CELLULARVISION TECHNOLOGY &
TELECOMMUNICATIONS, L.P., a
Delaware Limited Partnership                                    PLAINTIFF

v.                              Case No. 4-07CV00444 JMM

ALLTEL CORPORATION, ALLTEL
COMMUNICATIONS, LLC, f/k/a
ALLTEL COMMUNICATIONS, INC.
and ALLTEL WIRELESS HOLDINGS,
LLC                                                            DEFENDANTS

## ORDER OF DISMISSAL WITH PREJUDICE

By agreement of the parties, the plaintiff's complaint and the defendants'

counterclaim are hereby dismissed with prejudice.

IT IS SO ORDERED.

_____
James M. Moody
United States District Judge

_____8|15|08_____
Date

APPROVED BY:

_____
Connis O. Brown, III
Florida Bar I.D. No. 691690
Seth P. Robert
Florida Bar I.D. No. 145696
Brown Robert LLP
150 North Federal Highway, Ste. 200
Fort Lauderdale, Florida 33301
Telephone:  (954) 832-9400
Facsimile:  (954) 832-9430
Email: cbrown@brownrobert.com

Attorneys for Plaintiff Cellularvision Technology &
    Telecommunications, L.P.

Steven W. Quattlebaum
Arkansas Bar I.D. No. 84127
QUATTLEBAUM, GROOMS,
     TULL & BURROW PLLC
111 Center Street
Suite 1900
Little Rock, AR 72201-3325
Telephone: (501) 379-1707
Fax: (501) 379-1701
Email: quattlebaum@qgtb.com

Attorneys for Defendants Alltel Communications,
LLC, Alltel Wireless Holdings, LLC, and Alltel Corporation

2